**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KIRAN VUPPALA,** | Civil No. 15-6407 (CCC) |
| Plaintiff(s), | |
| v. | **O R D E R** |
| **RASOI RESTAURANT, INC., ET ALS.,** | |
| Defendant(s) | |

It appearing that it has been reported to the Court that the above-entitled action has been settled as to defendants,

**IT IS** on this the 15th day of March, 2016,

**ORDERED** that this action is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated; and it is further,

**ORDERED** that the Clerk shall close the file in this matter.

                                          *s/ Claire C. Cecchi*
                                          UNITED STATES DISTRICT JUDGE