# THE WEITZ LAW FIRM, P.A.

Bank of America Building  
18305 Biscayne Blvd., Suite 214  
Aventura, Florida 33160  
Main:  305-949-7777  
Fax:    305-704-3877

Robert J. Mirel, Esq.  
Member NY& NJ Bars, AR Federal Bar  
Email: rjm@weitzfirm.com

May 13, 2016

**VIA CM/ECF**  
Honorable Judge Claire C. Cecchi  
United States District Court  
District of New Jersey  
50 Walnut Street  
Newark, NJ  07101

      Re:    **Vuppala v. Rasoi Restaurant, Inc., et al.**  
               Case No.  2:15-cv-06407-CCC-MF

Dear Judge Cecchi:

      The undersigned represents the Plaintiff in the above-captioned case matter.

      On March 15, 2016, an Order of Discontinuance was signed by your Honor [D.E. 14] providing Plaintiff's counsel sixty (60) days within which to reopen this matter, should the settlement not be consummated.

      As of this date, the settlement agreement is still unexecuted and settlement funds are pending. Therefore, the undersigned respectfully requests that the Court grant a thirty (30) day extension, until June 13, 2016 to reopen this matter. We have conferred with Defendant counsel, who has no objection to this extension.

      The Court is advised that this is the Plaintiff's first request to extend the deadline to reopen in this matter.  Thank you for your attention to this matter.

                                   Yours very truly,

                                   THE WEITZ LAW FIRM, P.A.

                 By: _____  
                                 Robert J. Mirel, Esq.

cc:   Robert G. Devine, Esq.via ECF