UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIRAN VUPPALA, <br><br> Plaintiff, <br><br> vs. <br><br> RASOI RESTAURANT, INC., a New Jersey corporation, d/b/a RASOI, and NEWARK AVENUE 810 REALTY, L.L.C., a New Jersey limited liability company, <br><br> Defendants. | CASE NO: 2:15-cv-06407-CCC-MF |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, KIRAN VUPPALA, and Defendants, RASOI RESTAURANT, INC., a New Jersey corporation, d/b/a RASOI, and NEWARK AVENUE 810 REALTY, L.L.C., a New Jersey limited liability company, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 14th day of July, 2016.

By: _/s/ Robert J. Mirel_  
Robert J. Mirel, Esq.  
THE WEITZ LAW FIRM, P.A.  
18305 Biscayne Blvd., Suite 214  
Aventura, FL 33160  
Telephone: (305) 949-7777  
Facsimile: (305) 704-3877  
E-mail: RJM@weitzfirm.com  
*Attorney for Plaintiff*

By: _/s/ Robert G. Devine_  
Robert G. Devine, Esq.  
WHITE & WILLIAMS, LLP  
457 Haddonfield Road, Suite 400  
Cherry Hill, NJ 08002-2220  
Telephone: (856) 317-3600  
Facsimile: (856) 317-3620  
E-mail: deviner@whiteandwilliams.com  
*Attorney for Defendants*

**SO ORDERED:**

_____  
Hon. Claire C. Cecchi, U.S.D.J.

Date: _____