UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIRAN VUPPALA, <br><br>  Plaintiff, <br><br> vs. <br><br> RASOI RESTAURANT, INC., a New Jersey corporation, d/b/a RASOI, and NEWARK AVENUE 810 REALTY, L.L.C., a New Jersey limited liability company, <br><br>  Defendants. | CASE NO: 2:15-cv-06407-CCC-MF |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, KIRAN VUPPALA, and Defendants, RASOI RESTAURANT, INC., a New Jersey corporation, d/b/a RASOI, and NEWARK AVENUE 810 REALTY, L.L.C., a New Jersey limited liability company, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 14th day of July, 2016.

By: _____
Robert J. Mirel, Esq.
THE WEITZ LAW FIRM, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, FL 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
E-mail: RJM@weitzfirm.com
*Attorney for Plaintiff*

By: _____
Robert G. Devine, Esq.
WHITE & WILLIAMS, LLP
457 Haddonfield Road, Suite 400
Cherry Hill, NJ 08002-2220
Telephone: (856) 317-3600
Facsimile: (856) 317-3620
E-mail: deviner@whiteandwilliams.com
*Attorney for Defendants*

SO ORDERED:

_____
Hon. Claire C. Cecchi, U.S.D.J.

Date: 7/18/16